# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| Case No. | CR 23-95 FMO | Date | March 16, 2023 |
|---|---|---|---|

| Title | United States v. Harris |
|---|---|

Present: The Honorable  Michael R. Wilner

| James Muñoz | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:**    ORDER OF DETENTION

Defendant is alleged to have violated the terms of pretrial release. The Court concludes that no combination of conditions will ☒ reasonably ensure Defendant's appearance at future proceedings; and/or ☐ protect the safety of the community.

Defendant is ordered DETAINED and held to answer the violation petition before the assigned district judge.