

# LOT BOOK REPORT
titleorders@ficoso.com  |  800.406.1577

| | |
|---|---|
| **ISSUED TO:** | **Date:** August 28, 2023 |
| U.S. DISTRICT COURT | **FCS Order Number:** ORD-1847694-H0J3V9 |
| 255 East Temple St., Suite TS-134 | **Client Reference:** 1385 Old Mill Road |
| Los Angeles, CA 90012 | |

## SERVICE

| | |
|---|---|
| **Type of Service:** | Lot Book Report |
| **Jurisdiction/Filing Office:** | Los Angeles County, California |
| **Effective Index Date:** | August 15, 2023 at 7:30 A.M. |

## RESULTS

| **Property Address:** | 1385 Old Mill Rd. San Marino, CA 91108 | | | | |
|---|---|---|---|---|---|
| The latest available equalized assessment roll into the office of the Assessor of said County discloses the following with respect to the land referred to herein: | | | | | |
| **Assessor's Parcel No.:** | 5323-004-050 | | | **Tax Year:** | 2022/2023 |
| **Land Valuation:** | $4,888,309.00 | **Improvements:** | $2,754.111.00 | **Exemptions:** | - |
| **Tax Amounts and Status:** | | | | | |
| 1st **Installment:** | $43,198.38 | Paid | | | |
| 2nd **Installment:** | $43,198.36 | Paid | | | |

| The estate or interest in the land hereinafter described or referred to covered by this report is a FEE as created by the following described instrument(s): | |
|---|---|
| **Document:** | Grant Deed |
| **Transfer Tax:** | $0.00 |
| **Grantor:** | Cole Harris and Ying Chen, Successor Co-Trustees of The Harris Family Irrevocable Trust dated November 8, 2011 |
| **Grantee:** | COLE HARRIS AND YING CHEN, CUSSESSOR CO-TRUSTEES OF THE HARRIS FAMILY IRREVOCABLE TRUST DATED NOVEMBER 8, 2011 |
| **Dated:** | September 24, 2021 |
| **Recorded:** | October 4, 2021 |
| **Instrument #:** | 20211504002 |

We guarantee our information to be as accurate as reasonable care can make it; however, the ultimate responsibility for maintaining files rests with the filing officer, and we accept no liability beyond the exercise of reasonable care.  No guarantee is given, nor liability assumed with respect to the identity of any party named or referred to above with respect to the validity, legal effect or priority of any matter shown herein.  In no event shall FIRST CORPORATE SOLUTIONS' liability exceed the fee amount.



**LOT BOOK REPORT**
titleorders@ficoso.com  |  800.406.1577

| | |
|---|---|
| Subject to any conflicts in boundary lines, or discrepancies that would be revealed by a correct survey, the land referred to in this report is situated in the County shown herein, in the State of California and is more particularly described as follows: | |
| **PARCEL 1 OF PARCEL MAP NO. 5624, IN THE CITY OF SAN MARINO, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 60 PAGE 32 OF PARCEL MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.** | |

| **Exceptions** | |
|---|---|
| According to the Official Records of the County shown herein, in the State of California, in reference to the property described herein, there are no mortgages or deeds of trusts purporting to affect said land other than those set out below.  No liability is assumed with respect to the identity, legal effect or priority of any matter, shown or not shown, herein. | |

| 1. | **DEED OF TRUST for the original amount shown below, and any other amounts payable under the terms hereof.** |
|---|---|
| **Original Amount:** | $7,200,000.00 |
| **Trustor:** | Cole Harris and Ying Chen, Successor Co-Trustees of The Harris Family Irrevocable Trust dated 11/8/11 |
| **Trustee:** | Platinum Loan Servicing, Inc. |
| **Beneficiary:** | Oakhurst Opportunity Lending Fund I, LP, a Delaware limited partnership |
| **Dated:** | September 21, 2021 |
| **Recorded:** | October 4, 2021 |
| **Series/Instrument No.:** | 20211504003 |

| 2. | **DEED OF TRUST to secure the performance of an agreement, and any other amounts payable under the terms hereof.** |
|---|---|
| **Original Amount:** | $250,000.00 |
| **Trustor:** | Cole Harris and Ying Chen, Successor Co-Trustees of The Harris Family Irrevocable Trust dated November 8, 2011 |
| **Trustee:** | First Corporate Solutions Inc. |
| **Beneficiary:** | Clerk, U.S. District Court, Central District of California |
| **Case No.:** | 23-mj-00545 |
| **Dated:** | February 14, 2023 |
| **Recorded:** | February 21, 2023 |
| **Series/Instrument No.:** | 20230109233 |

We guarantee our information to be as accurate as reasonable care can make it; however, the ultimate responsibility for maintaining files rests with the filing officer, and we accept no liability beyond the exercise of reasonable care.  No guarantee is given, nor liability assumed with respect to the identity of any party named or referred to above with respect to the validity, legal effect or priority of any matter shown herein.  In no event shall FIRST CORPORATE SOLUTIONS' liability exceed the fee amount.



**LOT BOOK REPORT**

titleorders@ficoso.com  |  800.406.1577

| 3. | DEED OF TRUST to secure the performance of an agreement, and any other amounts payable under the terms hereof. |
|---|---|
| Original Amount: | $250,000.00 |
| Trustor: | Cole Harris and Ying Chen, Successor Co-Trustees of The Harris Family Irrevocable Trust dated November 8, 2011 |
| Trustee: | First Corporate Solutions Inc. |
| Beneficiary: | Clerk, U.S. District Court, Central District of California |
| Case No.: | 23-mj-00545 |
| Dated: | February 14, 2023 |
| Recorded: | February 21, 2023 |
| Series/Instrument No.: | 20230109234 |

| 4. | DEED OF TRUST for the original amount shown below, and any other amounts payable under the terms hereof. |
|---|---|
| Original Amount: | $1,100,000.00 |
| Trustor: | Cole Harris and Ying Chen, Successor Co-Trustees of The Harris Family Irrevocable Trust dated 11/8/11 |
| Trustee: | California Best Title Company, a California corporation |
| Beneficiary: | De Montfort Group |
| Dated: | February 16, 2023 |
| Recorded: | February 23, 2023 |
| Series/Instrument No.: | 20230114882 |

| 5. | DEED OF TRUST to secure the performance of an agreement, and any other amounts payable under the terms hereof. |
|---|---|
| Original Amount: | $4,000,000.00 |
| Trustor: | Cole Harris and Ying Chen, Successor Co-Trustees of The Harris Family Irrevocable Trust dated November 8, 2011 |
| Trustee: | First Corporate Solutions Inc. |
| Beneficiary: | Clerk, U.S. District Court, Central District of California |
| Case No.: | 23-mj-00545 |
| Dated: | April 4, 2023 |
| Recorded: | April 17, 2023 |
| Series/Instrument No.: | 20230244382 |

## END OF REPORT

We guarantee our information to be as accurate as reasonable care can make it; however, the ultimate responsibility for maintaining files rests with the filing officer, and we accept no liability beyond the exercise of reasonable care.  No guarantee is given, nor liability assumed with respect to the identity of any party named or referred to above with respect to the validity, legal effect or priority of any matter shown herein.  In no event shall FIRST CORPORATE SOLUTIONS' liability exceed the fee amount.