E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
MIRI SONG (Cal. Bar No. 291140)
SKYLER F. CHO (Cal. Bar No. 285299)
Assistant United States Attorneys
International Narcotics, Money
  Laundering & Racketeering Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2262/2475
    Facsimile: (213) 894-0142
    E-mail:   miri.song@usdoj.gov
              skyler.cho@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>COLE MATTHEW HARRIS,<br>ROBERT DOUGLAS SPIRO, JR.,<br>CINDY CHEN,<br>　aka "Meila Chen,"<br>　aka "Ying Chen," and<br>YAO LU,<br><br>　　　　　Defendants. | No. 2:23-CR-00095-FMO-1,2,4<br><br>STIPULATION REGARDING REQUEST FOR <u>(1) CONTINUANCE OF TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT</u><br><br>**CURRENT TRIAL DATE:**　11/7/2023<br>**PROPOSED TRIAL DATE:**　02/20/2024<br><br>**CURRENT PTC DATE:**　10/27/2023<br>**PROPOSED PTC DATE:**　02/08/2024 |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys MiRi Song and Skyler F. Cho, and defendants Cole Matthew Harris ("defendant HARRIS"), Robert Douglas Spiro, Jr. ("defendant SPIRO"), and Yao Lu ("defendant LU"), (collectively, "defendants"), both individually and by and

through their respective counsel of record, Caleb Mason, Diane C. Bass, and Marilyn Bednarski, (collectively, "the parties"), hereby stipulate as follows:

1. The Indictment in this case was filed on March 2, 2023. Defendant SPIRO first appeared before a judicial officer of the court in which the charges in this case were pending on February 6, 2023. Defendants Cole Matthew Harris ("defendant HARRIS") and Cindy Chen, also known as "Meila Chen" and "Ying Chen," ("defendant CHEN"), first appeared before a judicial officer of the court in which the charge in this case were pending on February 7, 2023. Defendant LU first appeared before a judicial officer of the court in which the charge in this case were pending on February 13, 2023. The Speedy Trial Act, 18 U.S.C. § 3161, originally required that the trial commence on or before May 11, 2023. Defendant CHEN is a fugitive after absconding from prosecution on or about March 15, 2023.

2. On March 16, 2023, the Court set a trial date of April 25, 2023. On March 21, 2023, the Court further set a pretrial conference date of April 14, 2023.

3. Defendants HARRIS, SPIRO and LU are released on bond pending trial. Defendant CHEN was on bond, but fled from the country on or about March 15, 2023. The parties estimate that the trial in this matter will last approximately 15 court days. All defendants are joined for trial and a severance has not been granted.

4. By this stipulation, defendants move to continue the trial date to February 20, 2024 and the status conference to February 8, 2024. This is the second request for a continuance.

//
//

5. Defendants request the continuance based upon the following facts, which the parties believe demonstrate good cause to support the appropriate findings under the Speedy Trial Act:

    a. All defendants in this matter are charged with a violation of 18 U.S.C. § 1349: Conspiracy to Commit Wire Fraud. The government has produced discovery to the defense, and anticipates producing additional discovery.

    b. Defense counsel for defendant HARRIS represents that he has the following conflicts: (1) George Forbush v. City Of Sparks, Case No.: 21-cv-00163, Oral Argument 9th Circuit on August 21, 2023; (2) United States v. Samer Mustafa Nasan, Case No.: 20-cr-00200, Sentencing on September 27, 2023; (3) United States v. Mohammed Jawad Ansari, Case No.: 20-cr-00449, Sentencing on September 29, 2023; (4) People v. Antonio Lievano, Case No.: BA509772, Restitution Hearing on October 11, 2023; (5) United States v. Alexander Declan Bell Wilson, Case No.: 21-cr-00222, Sentencing on October 20, 2023; (6) Gary Pagar v. Pagar v Kirk, Case No.: 21STCV07006, Jury Trial on October 23, 2023; (7) Sochil Marin v. Naason Joaquin Garcia, et al., Case No.: 20-cv-011437, Jury Trial on November 7, 2023; (8) Jeffrey Toland v. Zachary McFarland, et al., Case No.: 21-cv-04797, Jury Trial on November 14, 2023; and (9) People v. Phillip Schoenwetter, M.D., Case No.: 21STCV11583, Jury Trial on December 4, 2023. Accordingly, counsel represents that he will not have the time that he believes is necessary to prepare to try this case on the current trial date.

//
//
//
//

   c. Defense counsel for defendant SPIRO represents that she has a trial scheduled for August 22, 2023 on <u>United States v. Oropeza-Juarez</u>, CR No. 21-138A)-JGB. Accordingly, counsel represents that she will not have the time that she believes is necessary to prepare to try this case on the current trial date.

   d. Defense counsel for defendant LU represents that she has the following conflicts: (1) <u>United States v. Gil Garate</u>, CR 22-513-JWH-4, an international drug conspiracy case set for a one-week trial on October 24, 2023; (2) <u>United States v. Javier Cruz</u>, CR 23-0071-JLS, a fentanyl drug distribution case resulting in death set for a one-week trial on March 19, 2024; and (3) <u>United States v. Ladell McPherson</u>, CR 20-19-CJC-5, a multi-defendant, multi-year drug trafficking case set for a two- to three-week trial on July 23, 2024. Accordingly, counsel represents that she will not be available and also does not have the time that she believes is necessary to prepare to try this case on the current trial date.

   e. In light of the foregoing, counsel for defendants also represent that additional time is necessary to confer with their defendants, conduct and complete an independent investigation of the case, conduct and complete additional legal research including for potential pre-trial motions, review the discovery and potential evidence in the case, and prepare for trial in the event that a pretrial resolution does not occur. Defense counsel represent that failure to grant the continuance would deny them reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

//

//

    f. Defendants believe that failure to grant the continuance will deny them continuity of counsel and adequate representation.

    g. The government does not object to the continuance.

    h. The requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the government or the defense, or failure on the part of the attorney for the Government to obtain available witnesses.

  6. For purposes of computing the date under the Speedy Trial Act by which defendants' trial must commence, the parties agree that the time period of November 7, 2023 to February 20, 2024, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i) and (h)(7)(B)(iv) because the delay results from a continuance granted by the Court at defendants' request, without government objection, on the basis of the Court's finding that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  7. The stipulating parties also agree that, pursuant to 18 U.S.C. § 3161(h)(6), the time period of November 7, 2023 to February 20, 2024, inclusive, constitutes a reasonable period of delay for defendant Cindy Chen, also known as "Meila Chen" and "Ying Chen," who

1 is joined for trial with defendants, as to whom the time for trial
2 has not run and no motion for severance has been granted.
3     8.   Nothing in this stipulation shall preclude a finding that
4 other provisions of the Speedy Trial Act dictate that additional time
5 periods be excluded from the period within which trial must commence.
6 Moreover, the same provisions and/or other provisions of the Speedy
7 Trial Act may in the future authorize the exclusion of additional
8 time periods from the period within which trial must commence.
9     IT IS SO STIPULATED.
10 Dated: August 21, 2023        Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

      /s/
MIRI SONG
SKYLER F. CHO
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

6

1   I am defendant COLE MATTHEW HARRIS's attorney.  I have carefully
2 discussed every part of this stipulation and the continuance of the
3 trial date with my client.  I have fully informed my client of his
4 Speedy Trial rights.  To my knowledge, my client understands those
5 rights and agrees to waive them.  I believe that my client's decision
6 to give up the right to be brought to trial earlier than February 20,
7 2024 is an informed and voluntary one.

8   */s/ Caleb Mason*                                         8-21-2023
9   CALEB MASON                                               Date
    Attorney for Defendant
10  COLE MATTHEW HARRIS

11

12   I have read this stipulation and have carefully discussed it
13 with my attorney.  I understand my Speedy Trial rights.  I
14 voluntarily agree to the continuance of the trial date, and give up
15 my right to be brought to trial earlier than February 20, 2024.  I
16 understand that I will be ordered to appear in Courtroom 6D of the
17 Federal Courthouse, 350 W. 1st Street, Los Angeles, California on
18 February 20, 2024 at 9 a.m.

19   */s/ Cole Harris*                                         08/21/2023
20  COLE MATTHEW HARRIS                                       Date
    Defendant

7

I am defendant Robert Douglas Spiro, Jr.'s attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client.  I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than February 20, 2024 is an informed and voluntary one.

*/s/ Diane C. Bass*　　　　　　　　　　　　August 21, 2023
DIANE C. BASS　　　　　　　　　　　　　　Date
Attorney for Defendant
ROBERT DOUGLAS SPIRO, JR.

I have read this stipulation and have carefully discussed it with my attorney.  I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than February 20, 2024.  I understand that I will be ordered to appear in Courtroom 6D of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on February 20, 2024 at 9 a.m.

*/s/ Robert Spiro*　　　　　　　　　　　　8/21/2023
ROBERT DOUGLAS SPIRO, JR.　　　　　　　　Date
Defendant

8

I am defendant Yao Lu's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than February 20, 2024 is an informed and voluntary one.

_____     8/28/23
MARILYN BEDNARSKI                   Date
Attorney for Defendant
YAO LU

I have read this stipulation and have carefully discussed it with my attorney.  I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than February 20, 2024.  I understand that I will be ordered to appear in Courtroom 6D of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on February 20, 2024 at 9 a.m.

_____     August 28, 2023
YAO LU                              Date
Defendant

9