UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.  2:23-cr-00095-FMO-1                                                  Date: September 25, 2023

Present: The Honorable: Margo A. Rocconi, United States Magistrate Judge

Interpreter None

| Valerie Velasco | C/S 9/25/2023 | Skyler Cho and Miri Song |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) Ret | Present | Cust | Bond | Attorneys for Defendants: | Present | App |
|---|---|---|---|---|---|---|
| Cole Matthew Harris | X | X | | Caleb E. Mason | X | X |

**Proceedings:** STATUS HEARING

The case was called and counsel made their appearances for the record. Also present is Verenice Gardea and Samuel Hernandez, on behalf of the United States Probation and Pretrial Service Office. The Court addressed the Defendant for an update on the potential sale of his San Marino residence. The Court orders that the Defendant provide a brief on their request to the Court to modify the Defendant's bond conditions to allow for less strict supervision, along with an update regarding the status on the Arcadia property. The brief is due no later than Thursday, October 12, 2023. The Government may respond thereafter. The Court sets a further status conference for Monday, October 16, 2023 at 11:00 a.m.

.20

**Initials of Deputy Clerk** vv