P.O. Box 23159
San Diego, CA 92193-3159

IMPORTANT INFORMATION
ENCLOSED



(11) 969 0024 8673 5051 4

**Mailed On:** 1/11/2024
**ClientID:** SBS000333 FC

**Order Number:** 0038237-01
**Reference Number:** 2023-2124

Clerk, U.S. District Court, Central District of California
C/o Clerk, U.S. District Court
255 East temple Street, Ste. TS-134
Los Angeles, CA 90012



FILED
CLERK, U.S. DISTRICT COURT
JAN 16 2024
CENTRAL DISTRICT OF CALIFORNIA
BY IV  DEPUTY

2:23-CR-00095-FMO-1

GenericAddressInsert.doc

Rev. 12/19/2018

**This page is part of your document - DO NOT DISCARD**

**20230865946**




Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**12/12/23 AT 08:00AM**

Pages:
0004

| | |
|---|---:|
| FEES: | 35.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 110.00 |



**LEADSHEET**



202312121010001

00024047747



014437199

SEQ:
02

SECURE - 8:00AM




**THIS FORM IS NOT TO BE DUPLICATED**

E484443

2401369CAD_Package_1

FOR REFERENCE ONLY: 20230865046

WFG National-Default Services
RECORDING REQUESTED BY:
SAME AS BELOW

WHEN RECORDED MAIL TO:
S.B.S. Trust Deed Network
31194 La Baya Drive, Suite 106
Westlake Village, CA 91362
Phone: (818) 991-4600

APN: 5323-004-050
2401369 CAO

TS No.: 2023-2124

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED*
注：本文件包含一个信息摘要
참고사항: 본 첨부 문서에 정보 요약서가 있습니다
NOTA: SE ADJUNTA UN RESUMEN DE LA INFORMACIÓN DE ESTE DOCUMENTO
TALA: MAYROONG BUOD NG IMPORMASYON SA DOKUMENTONG ITO NA NAKALAKIP
LƯU Ý: KÈM THEO ĐÂY LÀ BẢN TRÌNH BÀY TÓM LƯỢC VỀ THÔNG TIN TRONG TÀI LIỆU NÀY

**\*PURSUANT TO CIVIL CODE § 2923.3(a), THE SUMMARY OF INFORMATION REFERRED TO ABOVE IS NOT ATTACHED TO THE RECORDED COPY OF THIS DOCUMENT BUT ONLY TO THE COPIES PROVIDED TO THE TRUSTOR.**

### IMPORTANT NOTICE

**IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS IT MAY BE SOLD WITHOUT ANY COURT ACTION**, and you may have the legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five business days prior to the date set for the sale of your property. No sale date may be set until approximately 90 days from the date this notice of default may be recorded (which date of recordation appears on this notice).

This amount is **$234,241.00** as of **12/8/2023**, and will increase until your account becomes current. While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your note and deed of trust or mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a condition of reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice of sale is posted (which may not be earlier than three months after this notice of default is recorded) to, among other things. (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

1 of 2
S.B.S. is a debt collector attempting to collect a debt and any information will be used for that purpose.

## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

TS No.: **2023-2124**

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor. To find out the amount you must pay, or to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact:
**OAKHURST OPPORTUNITY LENDING FUND I, LP**
**C/O S.B.S. TRUST DEED NETWORK**
**31194 LA BAYA DRIVE #106**
**WESTLAKE VILLAGE, CA 91362**
**Phone: 818-991-4600**
If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan. Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale provided the sale is concluded prior to the conclusion of the foreclosure.

**Remember, YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.**

NOTICE IS HEREBY GIVEN: That **S.B.S. TRUST DEED NETWORK, A CALIFORNIA CORPORATION** is either the original trustee, the duly appointed substituted trustee, or acting as agent for the trustee or beneficiary under a Deed of Trust dated **9/25/2021**, executed by **COLE HARRIS AND YING CHEN, SUCCESSOR CO-TRUSTEES OF THE HARRIS FAMILY IRREVOCABLE TRUST DATED 11/8/11**, as Trustor, to secure certain obligations in favor of **OAKHURST OPPORTUNITY LENDING FUND I, LP, A DELAWARE LIMITED PARTNERSHIP, AS TO AN UNDIVIDED 100.000% INTEREST**, as beneficiary, recorded **10/4/2021**, as Instrument No. **20211504003**, in Book **XX**, Page **XX**, of Official Records in the Office of the Recorder of **Los Angeles** County, California describing land therein as: as more fully described on said deed of trust

Including **1 NOTE(S) FOR THE ORIGINAL** sum(s) of **$7,200,000.00**, and any extension(s), renewal(s) and/or modification(s) thereof, that the beneficial interest under such Deed of Trust and the obligations secured thereby are presently held by the undersigned; that a breach of, and default in, the obligations for which such Deed of Trust is security has occurred as stated below:

**THE INSTALLMENT WHICH BECAME DUE ON 8/1/2023 PLUS LATE CHARGES AND ALL SUBSEQUENT INSTALLMENTS AND LATE CHARGES; PROPERTY TAXES AND INSURANCE MUST BE CURRENT AS A CONDITION OF REINSTATEMENT AND PROOF OF THE SAME PROVIDED OR REIMBURSEMENT FOR ADVANCES MADE, AND ANY RECURRING OBLIGATIONS; FAILURE TO PAY DELINQUENT PROPERTY TAXES; ATTORNEY'S FEES INCURRED IN THE PROTECTION OF THE SECURITY HEREIN; AND ANY RECURRING OBLIGATIONS.**

That by reason thereof, the present beneficiary under such deed of trust, has executed and delivered to said duly appointed Trustee, a written Declaration of Default and Demand for same, and has deposited with said duly appointed Trustee, such deed of trust and all documents evidencing obligations secured thereby, and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

**Dated: 12/8/2023**       **S.B.S. TRUST DEED NETWORK, A CALIFORNIA CORPORATION**

BY: _____
**COLLEEN IRBY, TRUSTEE SALE OFFICER**

2 of 2

S.B.S. is a debt collector attempting to collect a debt and any information will be used for that purpose.

# Declaration of Mortgage Servicer Pursuant to Civil Code § 2923.5(b)

Borrower: Harris Family Irrevocable Trust by: Cole Harris, Successor
Mortgage Servicer: Platinum Loan Servicing, Inc.
Property Address: 1385 Old Mill Road San Marino, CA 91108-1846
T.S. No.:  2023-2124

The undersigned, as an authorized agent or employee of the mortgage servicer named below, declares that:

1. ☒ The mortgage servicer has contacted the borrower pursuant to California Civil Code § 2923.5(a)(2) "to assess the borrower's financial situation and explore options for the borrower to avoid foreclosure". Thirty (30) days, or more, have passed since the initial contact was made.

2. ☐ The mortgage servicer has exercised due diligence to contact the borrower pursuant to California Civil Code § 2923.5(e) or 2923.55(f) to "assess the borrower's financial situation and explore options for the borrower to avoid foreclosure". Thirty (30) days, or more, have passed since these due diligence efforts were satisfied.

3. ☐ No contact was required by the mortgage servicer because the individual(s) did not meet the definition of "borrower" pursuant to subdivision (c) of Section 2920.5.

4. ☐ The requirements of California Civil Code § 2923.5 do not apply because the borrower, mortgage/deed or real property does not meet the criteria described in California Civil Code § 2924.15(a).

5. ☐ The requirements of California Civil Code § 2923.5 do not apply because the loan is not occupied by a tenant that meets the conditions described in California Civil Code § 2924.15 et seq.

6. With respect to California Civil Code §3273.10:

    ☐ The mortgage servicer received a request for a forbearance in connection with COVID-19 from the borrower, and such request was denied. A copy of the written notice is attached; AND forbearance  ☐ was or  ☐ was not subsequently provided.

I certify that this declaration is accurate, complete and supported by competent and reliable evidence which the mortgage servicer has reviewed to substantiate the borrower's default and the right to foreclose, including the borrower's loan status and loan information.

Dated: 12-1-23

#12056            By: [signature]

**S.B.S. Trust Deed Network**
**31194 La Baya Drive, Suite 106**
**Westlake Village, California 91362**
**(818) 991-4600**

12/15/2023

T.S. Number: 2023-2124
Loan Number: 12056

## DEBT VALIDATION NOTICE

1. The enclosed document relates to a debt owed to:
    **OAKHURST OPPORTUNITY LENDING FUND I, LP**

2. You may send us a written request for the name and address of the original creditor, if different from the current creditor, and we will obtain and mail the information within thirty (30) days after we receive your written request.

3. As of **12/8/2023** the total delinquency owed was **$234,241.00**, because of interest, late charges, and other charges that may vary from day to day this amount will increase until the delinquency has been fully paid. Before forwarding payment please contact the above at the address or phone number listed in order to receive the current amount owed.

4. As of **12/15/2023**, the amount required to pay the entire debt in full was the unpaid principal balance of **$7,200,000.00**, plus interest from **7/1/2023**, late charges, negative escrow and attorney and/or trustee's fees and costs that may have been incurred. The amount will increase daily until the debt has been paid in full. For further information please write to the above listed address or call **(818) 991-4600**

5. You may dispute the validity of this debt, or any portion thereof, by contacting our office within thirty (30) days after receiving this notice. In that event, we will obtain and mail to you written verification of the debt. Otherwise, we will assume that the debt is valid.

> **WE ARE ATTEMPTING TO COLLECT A DEBT, AND ANY INFORMATION WE OBTAIN WILL BE USED FOR THAT PURPOSE.**



T.S. Number: 2023-2124

Summary of Notice of Default

NOTICE OF DEFAULT
SUMMARY OF KEY INFORMATION

The attached notice of default was sent to COLE HARRIS AND YING CHEN, SUCCESSOR CO-TRUSTEES OF THE HARRIS FAMILY IRREVOCABLE TRUST DATED 11/8/11, in relation to 1385 OLD MILL ROAD, SAN MARINO, CA 91108-1846.

This property may be sold to satisfy your obligation and any other obligation secured by the deed of trust or mortgage that is in default. COLE HARRIS AND YING CHEN, SUCCESSOR CO-TRUSTEES OF THE HARRIS FAMILY IRREVOCABLE TRUST DATED 11/8/11 has, as described in the notice of default, breached the mortgage or deed of trust on the property described above.

IMPORTANT NOTICE: IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS, IT MAY BE SOLD WITHOUT ANY COURT ACTION, and you may have the legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five business days prior to the date set for the sale of your property. No sale date may be set until approximately 90 days from the date the attached notice of default may be recorded (which date of recordation appears on the notice).

This amount is $234,241.00 as of 12/8/2023 and will increase until your account becomes current.

While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your note and deed of trust or mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a condition to reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice of sale is posted (which may not be earlier than three months after this notice of default is recorded) to, among other things, (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor.

To find out the amount you must pay, or to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact:
OAKHURST OPPORTUNITY LENDING FUND 1, LP
C/O S.B.S. TRUST DEED NETWORK
31194 LA BAYA DRIVE #106
WESTLAKE VILLAGE, CA 91362
Phone: 818-991-4600

If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan.

Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale, provided the sale is concluded prior to the conclusion of the foreclosure.

Remember, YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.

1 of 11



S.B.S. is a debt collector attempting to collect a debt and any information will be used for that purpose.

T.S. Number: 2023-2124

If you would like additional copies of this summary, you may obtain them by calling (818) 991-4600.

S.B.S. is a debt collector attempting to collect a debt and any information will be used for that purpose.

T.S. Number: 2023-2124

違約通知
關鍵信息摘要

本文中包含有關1385 OLD MILL ROAD, SAN MARINO, CA 91108-1846 的違約通知發送給COLE HARRIS AND YING CHEN, SUCCESSOR CO-TRUSTEES OF THE HARRIS FAMILY IRREVOCABLE TRUST DATED 11/8/11。

該房產可能被出售,以履行你的產權契約,抵押貸款及所應承擔的任何其它義務。

COLE HARRIS AND YING CHEN, SUCCESSOR CO-TRUSTEES OF THE HARRIS FAMILY IRREVOCABLE TRUST DATED 11/8/11 如違約通知中所描述,違反了上述房產的抵押貸款或產權契約。

**重要注意事項**:如果你的**房**產因為你逾期未付款而進入法拍程序,可能不經任何法庭行動而被出售。你可能有權利在法律允許的恢復賬戶時間內,支付你所有的逾期款項,加上應付的成本和費用,使你的帳戶保持良好信譽。**時間通常是確定你財**產出售日期的五個工作日之前。法拍日期要到本文中包含的違約通知被記錄在案(記錄日期出現在通知上)之后的**90天**,**才可能確定**。

這一金額在$234,241.00 時為12/8/2023,並會增加,直到你的帳戶回歸正常。

當你的**房**產進入法拍程序,你仍須支付應付票據和產權契約或抵押貸款的其它付款義務(如保險費和稅金)。如果你沒有支付接下來的貸款,房地產稅,或財產保險及其它應付票據和產權契約或抵押貸款所要求的付款義務,受益人或抵押權人可以堅持要求你履行這些義務,以恢復你的帳戶信譽。此外,受益人或抵押權人可以以恢復你的帳戶為條件,要求你提供已經付清需優先處理的放置在你產權上的債務,房地產稅及財產保險保費的可靠書面證據。

一旦你**書面申請**,受益人或抵押權人會提供給你分類支付的全部帳單金額。雖然要求全額付款,你可以不用支付賬戶中的全部未付款,但你必須支付所有已逾期的款項。但是,你和你的受益人或抵押權人在發布法拍書面通知前(**本通知被記錄在案的3個月後**),可以以書面形式相互同意,其中包括(1)**提供更多的時間來轉讓房**產及以其它方式糾正違約,或(2)**建立付款時間表以糾正違約**,或兩者兼而有之。

當本通知第一段中提到的時間段到期,如果法拍未進行,或者你和你的債權人之間有單獨的書面協議允許更長的時間,你隻有在支付你債權人所要求的全部金額后,才有權利停止債權人出售你的**房**產。

如果要了解必須支付的款項或安排支付以停止法拍,或者要了解你的**房**產進入法拍程序的其他原因,請聯系:

OAKHURST OPPORTUNITY LENDING FUND 1, LP
C/O S.B.S. TRUST DEED NETWORK
31194 LA BAYA DRIVE #106
WESTLAKE VILLAGE, CA 91362
Phone: 818-991-4600

如果你有任何疑問,應咨詢律師及可能為你的貸款提供擔保的政府機構。

盡管事實上你的**房**產已進入法拍程序,你可以上市出售你的房產。隻要出售程序在法拍程序結束之前完成即可。

請記住,如果你不迅速採取行動,你可能失去法律權利。

如果你想獲得更多的本摘要副本,請撥打下列電話(818) 991-4600。



**3** of **11**
S.B.S. is a debt collector attempting to collect a debt and any information will be used for that purpose.

T.S. Number: 2023-2124

□□ □□□ □□□
□□ □□ □□

□□□ □□ □□□ □□□□COLE HARRIS AND YING CHEN, SUCCESSOR CO-TRUSTEES OF THE HARRIS FAMILY IRREVOCABLE TRUST DATED 11/8/11 □□ □□□□ □□□,
□□1385 OLD MILL ROAD, SAN MARINO, CA 91108-1846 □ □□□□□□.

□ □□□□□ □□□ □□ □ □□ □□□ □□□□□ □□ □□□ □□ □□□ □□□□

□□ □□□ □ □□□□.□□ □□□ □□□□□□ □□□ □□ □□, COLE HARRIS AND YING CHEN, SUCCESSOR CO-TRUSTEES OF THE HARRIS FAMILY IRREVOCABLE TRUST DATED 11/8/11 □(□)□□ □□□ □□□□ □□□ □□ □□ □□□ □□□□□□.

□□ □□: <u>□□□ □□□□□ □□□□□ □□ □□□ □□ □□ □□, □ □□□□□ □□□ □□ □□ □□□ □ □□□</u>, □□□□□ □□ □□□□□ □□ □□ □□ □ □□ □□□□ □□ □□ □□ □□□ □□ □□□ □□□□□□□ □□□ □□□ □□ □□□ □□ □ □□ □□ □□□ □□□, □ □□ □□□ □□ □□□□ □□□□□ □□ □□□□□□□ 5□ □□□□. □□□ □□ □□□ □□ □□□ □□□ □□□□ □□(□□□□ □□□□ □□)□□□ □ 90□ □□□ □□□ □ □□□□.

□ □□□$234,241.00 □□12/8/2023 □□, □□□ □□□ □□ □

□□ □□□ □ □□□ □□□ □□□□.

□□□ □□□ □□□ □□□□ □□□□□ □□□ □□ □□ □ □□ □□ □□□□ □□ □□□□□ □□ □□(□□, □□ □)□ □□□□ □□□. □□ □□□ □□, □□□□ □□ □□ □□, □□□□ □□ □□ □□, □□ □□ □□ □ □□ □□ □□□□ □□ □□□□ □□ □□□ □□ □□□ □□□□□□ □□, □□□□□□ □□□□□ □□ □□□ □□□□ □□□ □□□ □□□ □□ □□□ □□□ □ □□□ □□□ □ □□□□. □□ □□□□□□□ □□□□□ □□□ □□□□ □□□□ □□ □□□ □□□, □□□ □ □□ □□□□□ □□□□□□ □□□ □□ □□□ □□□ □□ □□□ □ □□□□.

□□ □□□, □□□□□□ □□□□□□ □□□□□□ □ □□ □□□ □□ □□□ □□ □□□ □□□ □□□□. □□□ □□□□ □□□□□ □□□ □□ □□□ □□ □□ □□□ □□ □□□ □□□ □□□, □□□□ □□ □□ □□ □□□ □□□ □□□□□ □□□. □□□, □□□ □□□ □□□□□□ □□ □□□□□□ □□ □□□ □□ □□ □□□(□ □□ □□□ □□□□ □□□ □ 3□□□□ □□□ □□□□ □□□□ □□), (1) □□□□ □□ □□ □□ □□□□ □□ □□□□ □□□ □ □□ □□□□ □□ □□, □□ (2) □□ □□□□ □□□□ □□ □□ □□□ □□, □□ (1)□ (2)□ □□ □□□□ □□ □□ □□□ □□ □□ □□□□ □□□□.

□ □□□□□ □□□ □□□ □□□ □□□ □□, □□□ □□□□ □□ □□ □□□ □□□ □□□□ □□ □□□ □□ □□□ □□ □□□□□ □□□ □□□□ □□ □, □□□□ □□□□□ □□ □□□ □□□□ □□ □□□ □□□ □□□ □□□ □ □□ □□□ □□ □□□□□.

□□□ □□□□ □ □□□□ □□□□□□, □□□ □□□□ □□ □□ □□□ □□ □□□□□□ □□ □□ □□ □□□ □□ □□□ □□□□ □□ □□□ □□□□ □□, □□□□ □□□□□□:

OAKHURST OPPORTUNITY LENDING FUND 1, LP
C/O S.B.S. TRUST DEED NETWORK
31194 LA BAYA DRIVE #106
WESTLAKE VILLAGE, CA 91362
Phone: 818-991-4600

□□□ □□□ □□, □□□ □□ □□□ □□□□ □□□ □□ □□□ □□□□□□.

□□□ □□□□ □□ □□□ □□□□□□ □□□□□ □□□ □□□□ □□ □□□ □ □□□, □□ □□□□ □□□ □□□ □□□□ □□ □□□□□ □□□.

<u>□□□ □□□□ □□□□ □□, □□ □□□ □□ □ □□ □□□</u> □□□□□ □□□□.

**4 of 11**
S.B.S. is a debt collector attempting to collect a debt and any information will be used for that purpose.

T.S. Number: 2023-2124

☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐ ☐☐☐☐ ☐☐, (818) 991-4600 (☐)☐
☐☐☐☐☐ ☐☐☐☐☐☐.

T.S. Number: 2023-2124

**5 of 11**



S.B.S. is a debt collector attempting to collect a debt and any information will be used for that purpose.

T.S. Number: 2023-2124

AVISO DE INCUMPLIMIENTO
RESUMEN DE LA INFORMACIÓN CLAVE

El aviso de incumplimiento adjunto se envió a COLE HARRIS AND YING CHEN, SUCCESSOR CO-TRUSTEES OF THE HARRIS FAMILY IRREVOCABLE TRUST DATED 11/8/11, en relación con 1385 OLD MILL ROAD, SAN MARINO, CA 91108-1846.

Es posible que esta propiedad sea subastada para cancelar su deuda y cualquier otra obligación garantizada por la escritura de fideicomiso o hipoteca en mora.  Tal como se

describe en el aviso de incumplimiento, COLE HARRIS AND YING CHEN, SUCCESSOR CO-TRUSTEES OF THE HARRIS FAMILY IRREVOCABLE TRUST DATED 11/8/11 ha incumplido los términos de la hipoteca o escritura de fideicomiso relacionadas con la propiedad antes mencionado.

ADVERTENCIA DE IMPORTANCIA: SI LA PROPIEDAD VA A SER EJECUTADO POR UN ATRASO EN LOS PAGOS, PUEDE VENDERSE SIN NECESIDAD DE ENTABLAR NINGUNA ACCIÓN ANTE LA CORTE, pero usted tiene el derecho jurídico de regularizar su cuenta mediante el pago de todos los importes atrasados, más los costos y gastos permitidos, dentro del plazo permitido por ley para la regularización de la deuda, que es, por lo general, de cinco días hábiles antes de la fecha fijada para la subasta la propiedad.  No se puede fijar una fecha para la subasta hasta aproximadamente 90 días después de la fecha en que se registre el aviso de incumplimiento adjunto (fecha que figura en el aviso).

El importe adeudado es de $234,241.00 al día 12/8/2023 y aumentará hasta que se ponga al corriente en los pagos.

Mientras se mantenga vigente el procedimiento de ejecución de su propiedad, usted debe pagar otras obligaciones (tales como seguro e impuestos) exigidas en su vale y escritura de fideicomiso o hipoteca.  Si no realiza los próximos pagos del préstamo, los impuestos de la propiedad, el seguro de la propiedad u otras obligaciones requeridas por el vale y la escritura de fideicomiso o hipoteca, el beneficiario o acreedor hipotecario pueden insistir en que los pague como condición para regularizar su cuenta.  Asimismo, el beneficiario o acreedor hipotecario pueden exigirle, como condición para la regularización, que presente un comprobante confiable por escrito de que ha pagado todos los gravámenes principales, impuestos inmobiliarios y primas del seguro contra riesgos.

Si usted lo solicita por escrito, el beneficiario o acreedor hipotecario le entregarán un resumen por escrito del importe total que debe pagar.  Es posible que usted no tenga que pagar la totalidad del monto adeudado de su cuenta, aunque la intimación haya incluido la totalidad de dicho monto, pero sí deberá pagar todos los importes vencidos a la fecha de la realización del pago. Sin embargo, antes de la fecha de publicación del aviso de venta (que no podrá ser menos de tres meses antes de la fecha de registro de este aviso de incumplimiento), usted y su beneficiario o acreedor hipotecario podrán acordar mutuamente por escrito, entre otras cosas: (1) un plazo adicional para subsanar el incumplimiento mediante una transferencia del bien o de otro modo; (2) un programa de pagos para subsanar el incumplimiento; o ambos.

Una vez vencido el plazo mencionado en el primer párrafo del presente aviso, salvo que la obligación que se ejecuta o un acuerdo por escrito separado entre usted y su acreedor permitan un plazo mayor, usted solo tendrá el derecho jurídico de detener la subasta de la propiedad mediante el pago de todo el importe adeudado cuyo pago haya exigido el acreedor.

Para averiguar el importe que debe pagar o coordinar un programa de pagos para suspender la ejecución, o si su propiedad va a ser ejecutada por cualquier otro motivo, comuníquese con:
OAKHURST OPPORTUNITY LENDING FUND 1, LP
C/O S.B.S. TRUST DEED NETWORK
31194 LA BAYA DRIVE #106
WESTLAKE VILLAGE, CA 91362
Phone: 818-991-4600

Si tiene alguna duda, debe consultar a un abogado o a la agencia de gobierno que asegura su préstamo.

**6** of **11**
S.B.S. is a debt collector attempting to collect a debt and any information will be used for that purpose.

T.S. Number: 2023-2124

Aun cuando ya se haya iniciado el procedimiento de ejecución, usted puede vender su propiedad, siempre que la venta se realice antes de la finalización del procedimiento de ejecución.

Recuerde que SI NO TOMA MEDIDAS DE INMEDIATO, ES POSIBLE QUE PIERDA SUS DERECHOS JURÍDICOS.

Si desea recibir copias adicionales de este resumen, puede llamar al teléfono (818) 991-4600.



**7 of 11**

S.B.S. is a debt collector attempting to collect a debt and any information will be used for that purpose.

T.S. Number: 2023-2124

## PABATID NG HINDI PAGKAKABAYAD
## BUOD NG PANGUNAHING IMPORMASYON

Ang nakakalip na notice of default (pabatid ng hindi pagkakabayad) ay ipinadala kay COLE HARRIS AND YING CHEN, SUCCESSOR CO-TRUSTEES OF THE HARRIS FAMILY IRREVOCABLE TRUST DATED 11/8/11, sa may kaugnayan sa 1385 OLD MILL ROAD, SAN MARINO, CA 91108-1846.

Ang ari-arian na ito ay maaaring ibenta para masiyahan ang inyong obligasyon at alinmang iba pang obligasyong natibay ng deed of trust (papeles ng panagot sa utang) o isinangla na hindi nabayaran. COLE HARRIS AND YING CHEN, SUCCESSOR CO-TRUSTEES OF THE HARRIS FAMILY IRREVOCABLE TRUST DATED 11/8/11 ay, tulad nang inilarawan

sa notice of default (pabatid ng hindi pagkakabayad), hindi natupad na isinangla o deed of trust (papeles ng panagot sa utang) sa ari-arian na inilarawan sa itaas.

MAHALAGANG PAUNAWA: KUNG ANG INYONG ARI-ARIAN AY MAREREMATA SANHI NG INYONG PAGKUKULANG SA MGA KABAYARAN, MAAARI ITONG IBENTA NANG WALANG ANUMANG PAGKILOS MULA KORTE, at maaaring kayo ay may legal na karapatan na muling maisaayos para maturing na mainam na katayuan ang inyong account sa pamamagitan ng pagbabayad sa lahat ng inyong nakalipas na bayarin at ang mga pinahihntulutan na gastusin at singil sa loob ng panahon na pinahihintulutan ng batas para sa muling pagtatalaga ng inyong account, na karaniwang limang araw ng trabaho bago ang petsang itinakda para sa pagbebenta ng inyong ari-arian. Ang petsa ng pagbebenta ay hindi maaaring itakda hanggang makalipas ang 90 na araw mula sa petsa na ang pabatid ng hindi pagkakabayad ay maaaring maitala (aling petsa ng muling pagtatala na ipinapakita sa pabatid).

Ang halagang ito ay $234,241.00 base sa petsang 12/8/2023 at tataas hanggang ang inyong account ay masapanahon.

Habang ang inyong ari-arian ay inireremata, maaari ninyo pa rin bayaran ang iba pang mga obligasyon (tulad ng insurance at mga buwis) na hinihiling ang inyong tala at deed of trust (papeles ng panagot sa utang) o isinangla. Kung kayo ay hindi makapagbayad sa utang, magbayad sa mga buwis sa ari-arian, kumuha ng insurance sa ari-arian, o bayaran ang iba pang mga obligasyon tulad nang hinihiling sa tala o deed of trust (papeles ng panagot sa utang) o isinangla, maaaring pilitin ng benepisyaryo o nag-sangla (nagkaloob ng isinangla) na gawin ninyo ito upang muling maitalaga ang inyong account patungo sa mainam na katayuan. Bilang karagdagan dito, maaaring hilingin bilang kondisyon ng benepisyaryo o nag-sangla para sa muling pagtatalaga, na kayo ay magbigay ng mapagkakatiwalaang nakasulat na katibayan na inyong nabayaran ang mga lumang garantiya, buwis sa ari-arian, at mga hulog sa seguro para sa pinsala.

Sa inyong naibigay na nakasulat na kahilingan, ang benepisyaryo o nag-sangla ay magbibigay sa inyo ng nakasulat na detalyadong listahan ng kabuuang halaga na dapat ninyong bayaran. Maaaring hindi ninyo kailangang bayaran ang kabuuan ng inyong hindi pa bayad na bahagi ng inyong account, kahit na hinihiling ang buong kabayaran, pero kailangan muna ninyong bayaran ang lahat ng mga halaga na nagkukulang ayon sa kasunduan sa panahon na naisagawa ang pagbabayad. Gayunman, kayo at ang inyong benepisyaryo o nag-sangla ay maaaring magkasundo sa pamamagitan ng kasulatan bago ilagay ang abiso ng pagbebenta (na hindi maaaring mas maaga sa tatlong buwan makalipas na matala itong notice of default o abiso ng hindi pagkakabayad) sa, bukod sa iba pang mga bagay, (1) magbigay ng dagdag na panahon kung saan ang kalutasan sa hindi pagtutupad sa napagkasunduan sa pamamagitan ng paglilipat ng ari-arian o sa iba pang paraan; o (2) magtatag ng tipanan ng mga pagbabayad upang malutas ang inyong pagkukulang; o parehong (1) at (2).

Kasunod ng paglipas ng itinakdang panahon na tinutukoy sa unang talaga ng pabatid na ito, maliban kung ang obligasyon sa pagkakaremata o sa hiwalay na nakasulat na kasunduan sa pagitan ninyo at ng inyong creditor ay nagpapahintulot sa isang mas pinatagal na panahon, mayroon lamang kayong legal na karapatan na ihinto ang pagbebenta ng inyong legal na ari-arian sa pamamagitan ng pagbabayad ng buong halagang hinihingi ng inyong creditor.

S.B.S. is a debt collector attempting to collect a debt and any information will be used for that purpose.

T.S. Number: 2023-2124

    Upang malaman ang halagang kailangan ninyong bayaran, o para isaayos ang mga pagbabayad para maihinto ang pagkakaremata, o kung ang inyong ari-arian ay maremata sa iba pang kadahilanan, makipag-ugnayan sa:

OAKHURST OPPORTUNITY LENDING FUND 1, LP
C/O S.B.S. TRUST DEED NETWORK
31194 LA BAYA DRIVE #106
WESTLAKE VILLAGE, CA 91362
Phone: 818-991-4600

    Kung kayo ay mayroong kahit na anong katanungan, kailangan ninyong makipag-ugnayan sa isang abogado o ahensya ng pamahalaan na maaaring nagkaloob ng insurance sa inyong utang.

    Sa kabila ng katotohanan na ang inyong ari-arian ay nireremata, maaari ninyong ihandog na ipagbenta ang inyong ari-arian, sa kundisyon na ang pagbebenta ay natapos bago ang pagtatapos ng pagkakaremata.

    Tandaan, MAAARING MAWALA SA INYO ANG MGA LEGAL NA KARAPATAN KUNG HINDI KAYO KUMILOS KAAGAD.

    Kung nais ninyo ng karagdagang mga kopya ng buod na ito, maaari ninyong makuha ang mga ito sa pamamagitan ng pagtawag sa (818) 991-4600.



S.B.S. is a debt collector attempting to collect a debt and any information will be used for that purpose.

T.S. Number: 2023-2124

THÔNG BÁO VỀ VIỆC QUÁ HẠN TRẢ NỢ<br>
BẢN TÓM LƯỢC CÁC THÔNG TIN CHÍNH

Thông báo quá hạn trả nợ kèm theo đây được gửi cho COLE HARRIS AND YING CHEN, SUCCESSOR CO-TRUSTEES OF THE HARRIS FAMILY IRREVOCABLE TRUST DATED 11/8/11, liên quan đến 1385 OLD MILL ROAD, SAN MARINO, CA 91108-1846. Căn nhà này có thể được bán để hoàn trả số tiền nợ của quý vị và bất kỳ khoản nợ nào khác theo khế ước ủy thác hoặc hợp đồng vay thế chấp mua nhà đã quá hạn trả. Như trình bày

trong thông báo quá hạn trả nợ, COLE HARRIS AND YING CHEN, SUCCESSOR CO-TRUSTEES OF THE HARRIS FAMILY IRREVOCABLE TRUST DATED 11/8/11 đã vi phạm hợp đồng vay thế chấp mua nhà hoặc khế ước ủy thác đối với căn nhà mô tả ở trên.

THÔNG BÁO QUAN TRỌNG: NẾU CĂN NHÀ CỦA QUÝ VỊ BỊ TỊCH THU THẾ NỢ VÌ QUÝ VỊ KHÔNG TRẢ TIỀN ĐÚNG HẠN, CĂN NHÀ ĐÓ CÓ THỂ ĐƯỢC BÁN MÀ KHÔNG CẦN KIỆN RA TÒA, và theo luật quý vị có quyền trả nợ đầy đủ cho trương mục của mình bằng cách trả toàn bộ số tiền đã quá hạn trả cộng với các khoản chi phí và phí tổn được phép trong thời gian luật pháp cho phép để khôi phục lại tài khoản của quý vị, thường là năm ngày làm việc trước ngày dự định bán căn nhà của quý vị. Không được thu xếp ngày bán nhà cho tới khoảng 90 ngày kể từ ngày thông báo quá hạn trả nợ kèm theo có thể được lưu hồ sơ (ngày lưu hồ sơ như ghi trên thông báo).

Số tiền này là $234,241.00 tính tới ngày 12/8/2023 và sẽ tăng cho tới khi tài khoản của quý vị được thanh toán đầy đủ.

Trong thời gian căn nhà của quý vị bị tịch thu thế nợ, quý vị vẫn phải trả các khoản tiền khác (ví dụ như bảo hiểm và thuế) theo giấy vay nợ và khế ước ủy thác hoặc hợp đồng vay thế chấp mua nhà của quý vị. Nếu sau này quý vị không tiếp tục trả nợ khoản vay đó, trả thuế cho căn nhà đó, cung cấp bảo hiểm cho căn nhà, hoặc trả các khoản tiền khác theo qui định trong giấy cam kết trả nợ và khế ước ủy thác hoặc hợp đồng vay thế chấp mua nhà, người thụ hưởng hoặc người cho vay thế chấp mua nhà có thể yêu cầu quý vị làm như vậy để phục hồi tài khoản của quý vị. Ngoài ra, người thụ hưởng hoặc bên cho vay thế chấp mua nhà có thể đưa ra điều kiện tái phục hồi, đó là quý vị phải cung cấp chứng từ đáng tin cậy về việc đã trả tất cả các khoản tịch thu thế nợ trước đó, thuế bất động sản, và lệ phí bảo hiểm rủi ro nguy hiểm.

Sau khi nhận được yêu cầu bằng văn bản của quý vị, người thụ hưởng hoặc bên cho vay thế chấp mua nhà sẽ gửi cho quý vị một bản liệt kê chi tiết toàn bộ số tiền mà quý vị phải trả. Quý vị có thể không phải trả toàn bộ phần chưa trả trong trương mục của quý vị, mặc dù được yêu cầu trả toàn bộ, nhưng phải trả tất cả các khoản tiền đã quá hạn trả nợ vào thời điểm trả tiền. Tuy nhiên, quý vị và người thụ hưởng hoặc bên cho vay thế chấp mua nhà có thể thỏa thuận bằng văn bản trước thời điểm niêm yết thông báo bán (không được sớm hơn ba tháng sau khi thông báo vi phạm hợp đồng này được lưu hồ sơ) để, ngoài các việc khác, (1) gia hạn thêm thời gian khắc phục tình trạng quá hạn trả nợ bằng cách chuyển nhượng căn nhà hoặc theo cách khác; hoặc (2) sắp xếp kế hoạch trả góp để khắc phục tình trạng vi phạm hợp đồng của quý vị; hoặc cả (1) và (2).

Sau khi hết thời hạn được nhắc tới trong đoạn đầu tiên của thông báo này, trừ khi số tiền bị tịch thu thế nợ hoặc có thỏa thuận riêng bằng văn bản giữa quý vị và chủ nợ cho phép gia hạn thêm thời gian, theo luật quý vị chỉ có quyền ngừng việc bán căn nhà của quý vị bằng cách trả toàn bộ số tiền mà chủ nợ yêu cầu.

Để biết số tiền mà quý vị phải trả, hoặc để thu xếp việc trả tiền nhằm ngăn chặn tình trạng tịch thu nhà thế nợ, hoặc nếu căn nhà của quý vị đang bị tịch thu thế nợ vì bất kỳ lý do nào khác, liên lạc:

OAKHURST OPPORTUNITY LENDING FUND 1, LP<br>
C/O S.B.S. TRUST DEED NETWORK<br>
31194 LA BAYA DRIVE #106<br>
WESTLAKE VILLAGE, CA 91362<br>
Phone: 818-991-4600<br>
<b>10</b> of <b>11</b>

S.B.S. is a debt collector attempting to collect a debt and any information will be used for that purpose.

T.S. Number: 2023-2124

    Nếu có thắc mắc, quý vị nên liên lạc với một luật sư hoặc cơ quan chính phủ có thể đã bảo hiểm khoản vay của quý vị.

    Cho dù căn nhà của quý vị hiện đang bị tịch thu thế nợ của quý vị, quý vị có thể chào bán căn nhà đó, với điều kiện việc bán nhà phải kết thúc trước khi kết thúc thủ tục tịch thu nhà thế nợ.

    Xin nhớ, QUÝ VỊ CÓ THỂ MẤT CÁC QUYỀN HẠN PHÁP LÝ NẾU KHÔNG HÀNH ĐỘNG NGAY.

    Nếu muốn có thêm bản sao của thông báo này, quý vị có thể gọi (818) 991-4600.



**11** of 11

S.B.S. is a debt collector attempting to collect a debt and any information will be used for that purpose.





Case 2:23-cr-00095-FMO   Document 197   Filed 01/16/24   Page 19 of 19   Page ID #:1146